Decision Per Curiam.

---

Charles Blum, Plaintiff in Error, vs. Washington Van Hamm and his wife, Mary W. Van Hamm, Defendants in Error.

Writ of error to Circuit Court Duval county:

*J. M. Barrs*, for Plaintiff in Error.

*W. B. Young*, for Defendants in Error.

This action was brought by the defendants in error

against the plaintiff in error.   There was judgment for
the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for
plaintiff in error.